# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

LAUSTEVEION JOHNSON,

Plaintiff,

v.

RHOSHONDA SMITH, et al.,

Defendants.

Case No. 2:17-cv-0156-GMN-CWH

**ORDER**

On February 20, 2019, the court granted plaintiff's application to proceed *in forma pauperis* and ordered the Clerk of Court to electronically serve a copy of plaintiff's first amended complaint on the Office of Attorney General of the State of Nevada. (Screening Order (ECF No. 10).) The court also ordered the Attorney General's Office to file a notice stating the names of the defendants for whom it accepts service, the names of the defendants for whom it does not accept service, and the names of the defendants for whom it is filing the last-known-address under seal. (*Id.*) On March 13, 2019, the Attorney General's Office accepted service on behalf of James Cox, James Dzurenda, Roshanda Smith, and Brian Williams. (Acceptance of Service (ECF No. 12).) The Attorney General's Office did not accept service for former Nevada Department of Corrections employees Jo Gentry and Johhny Youngblood. (*Id.*) The Attorney General's Office then filed under seal the last known addresses for defendants Jo Gentry and Johnny Youngblood. (Sealed Document (ECF No. 13).)

Plaintiff is advised that if he wishes to serve defendants Gentry and Youngblood, he must file a motion requesting issuance of summons.

IT IS SO ORDERED.

DATED: April 2, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE