# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>RASHONDA SMITH, et al.,<br><br>    Defendants. | Case No. 2:17-cv-00156-GMN-CWH<br><br>**ORDER** |

Presently before the court is plaintiff Lausteveion Johnson's Motion Requesting Issuance of Summons (ECF No. 19), filed on April 11, 2019. The motion is unopposed. Johnson requests that the court issue summonses for defendants Jo Gentry and Johnny Youngblood because the Attorney General's Office did not accept service for them and their last known addresses were filed in the docket under seal.

After Johnson filed this motion, his *in forma pauperis* status was revoked. (Order (ECF 24).) As such, Johnson is no longer entitled to assistance with service by the United States marshal under Rule 4(c)(3). *See* Fed. R. Civ. P. 4(c)(3) (stating that the court must order service by a United States marshal if a plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915). Given that the motion was filed before Johnson's *in forma pauperis* status was revoked and that Johnson will be unable to coordinate service of process on Gentry and Youngblood without assistance because their addresses are sealed, the court in its discretion will order service by the United States marshal. Johnson is advised that going forward, he no longer is entitled to service by the United States marshal in this case.

IT IS THEREFORE ORDERED that plaintiff Lausteveion Johnson's Motion Requesting Issuance of Summons (ECF No. 19) is GRANTED.

1    IT IS FURTHER ORDERED that the clerk of court must issue sealed summonses for
2 defendants Jo Gentry and Johnny Youngblood, complete USM-285 forms for those defendants,
3 and deliver the summonses, USM-285 forms, and a copy of the amended complaint (ECF No. 7)
4 to the United States marshal for service.

6    DATED: July 26, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE